UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

              Plaintiff,                        Case No. 18-cr-20151
v.                                              Hon. Matthew F. Leitman

D-17      GREGORY REID,

              Defendant.

_____

## ORDER MODIFYING CONDITIONS OF RELEASE

_____

This matter is before the Court on the government's petition for bond revocation. At the hearing on the petition, Defendant admitted violating the terms and conditions of release. The parties having stipulated to the entry of this order and the Court being otherwise fully advised;

**IT IS HEREBY ORDERED** that Defendant's bond shall be continued with the following modifications:

1.      Defendant is placed on home confinement. He shall remain at his mother's house at all times except for medical appointments, attorney visits, court appearances, or any other activity approved in advance by his supervising Pretrial Services Officer. Defendant must provide notice to his supervising Pretrial Services officer (or to the United States Pretrial Service Office, if the supervising officer is

unavailable), at least 24-hours in advance, of the date, time and location of any medical appointments, attorney visits, court appearances, or other approved activity. In the case of a medical emergency, Defendant shall provide notice to his supervising Pretrial Services officer as soon as possible but no later than the next business day and provide written evidence of the medical emergency and treatment.

2.      If Defendant leaves his mother's house pursuant to the terms of this Order, all travel shall be directly to and from each location with no stops in between locations.

3.      Defendant shall, at the discretion and direction of the United States Pretrial Services Office and/or his supervising officer, submit to location monitoring.

4.      There will be zero tolerance for any future violations of the conditions of release applicable to Defendant.

All other terms and conditions of release as order on March 16, 2018 shall remain in effect.  (R. 80:  Order Setting Conditions of Release).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 10, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 10, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764