UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                              Case No. 18-cr-20151
                                                Hon. Matthew F. Leitman

v.

GREGORY REID,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR APPOINTMEMNT OF EXPERT TO PREPARE PRESENTENCE PSYCHOLOGICAL EVALUATION

This matter has been brought to the Court upon ex parte application for funds to obtain a forensic psychologist, and the Court having reviewed the supporting documents, and being fully informed, is of the opinion that the Defendant has demonstrated the need for this service for an expert in forensic psychology, and his financial inability to secure these services on his own;

Therefore, the Court authorizes payment to DENNIS SUGRUE, Ph.D., from CJA funds for his expert services on behalf of Defendant, not to exceed two thousand five hundred ($2,500) dollars, without further approval of the Court.

                                                /s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: October 4, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 4, 2018, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764